IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:07cr30DPJ-JCS

PHARIS LEKEITH DAVIS

## ORDER OF DISMISSAL
## COUNT 2

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2 of the Criminal Indictment against the defendant, PHARIS LEKEITH DAVIS, without prejudice.

DUNN LAMPTON
United States Attorney

Date:   July 31, 2008   By:   s/ Erin O. Chalk
Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Count 2.

**SO ORDERED AND ADJUDGED** this the 13th day of August, 2008.
s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE