PROB 12C
(01/12)



PACTS # 13597

# United States District Court
## for the
## Southern District of Mississippi
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Pharis Lekeith Davis  
Docket No. 4:07cr30DPJ-JCS-001

Name of Sentencing Judicial Officer: Daniel P. Jordan, III, U.S. District Court Judge  
Register Number: 09425-043

Date of Original Sentence: July 31, 2008

Original Offense: Felon in Possession of a Firearm – 18 USC 922(g)(1)

Original Sentence: 47 months imprisonment with 3 years supervised release

Type of Supervision: Supervised Release  
Date Supervision Commenced: June 3, 2011

Assistant U.S. Attorney: Erin O. Chalk  
Defense Attorney: Charles Wright

## PETITIONING THE COURT

This information to be released to U.S. Marshal Service, U.S. Attorney's Office and U.S. Probation only.

☒ To issue a warrant  Address: Lauderdale County Detention Facility, Meridian, MS,  
☐ To issue a summons  Phone Number: 601-482-9800

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1) Mandatory Condition | Davis violated the mandatory condition that he not violate another federal, state or local crime when he sold "crack" cocaine to a cooperating individual on both 09/18/2012 and 10/02/2012. The defendant was arrested for these crimes on 11/28/2012. |
| 2) Standard Condition 9 | Davis violated the prohibition against associating with a convicted felon. When arrested on 11/28/2012, Davis was associating with Rubin Fountain, a convicted felon. |

Respectfully submitted,

by _Huey P. Lang_  
Peter Lang  
2013.03.14  
10:18:22 -05'00'

Huey P. Lang  
Senior U.S. Probation Officer

Date: March 14, 2013

Reviewed and Approved:

_Mark Quarles_  
Mark D. Quarles  
2013.03.14  
10:47:13 -05'00'

Mark Quarles  
Supervisory U.S. Probation Officer

*PACTS: Petition for Warrant or Summons / 12C*

MSS Prob 12C                                Page 2 of 2                         Petition for Warrant or Summons
                                                                                  For Offender Under Supervision

Name of Offender:  Pharis Lakeith Davis                              Case Number:  4:07cr30DPJ-JCS-001

---

# THE COURT ORDERS:

- ☐ No Action
- ☑ Issue of an arrest warrant
- ☐ Unsealed upon request
- ☐ Issue a Summons for Hearing on _____
- ☐ Other

_____  3-26-13
Signature of Judicial Officer/Date

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

United States of America
v.
PHARIS LEKEITH DAVIS
(Wherever Found)

)
)
)   Case No.   4:07-cr-30 DPJ-JCS
)
)

Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Pharis Lekeith Davis                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☑ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Violation of Offender Under Supervision


Date:  03/26/2013

_____
Issuing officer's signature

City and state:   Jackson, MS

J.T. Noblin, Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ .  <br><br>Date: _____  <br><br>_____  <br>*Arresting officer's signature*  <br><br>_____  <br>*Printed name and title* |